**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John R. Quain, | No. CV-09-2365-PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Clear Channel Communications, Inc.; KYOT Radio; and Russ Egan, Program Director, | |
| Defendants. | |

Plaintiff is a member of the musical group Citizen Quain. He has been unable to get his music played on local radio stations. He filed a pro se complaint against Defendants on November 12, 2009. Dkt. #1. In response to the Court's order (Dkt. #21) granting Defendants' motion for a more definite statement (Dkt. #11), Plaintiff filed an amended complaint on March 18, 2010 (Dkt. #24).

On April 1, 2010, Defendants filed a motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Dkt. #25. Plaintiff has filed no response, and the time for doing so has expired. *See* LRCiv 7.2(c); Fed. R. Civ. P. 6(d). Plaintiff shall have until **May 14, 2010** to file response to the motion to dismiss.

Rule 7.2 of the Local Rules of Civil Procedure provides that an unrepresented party's failure to respond to a motion "may be deemed a consent to the . . . granting of the motion and the Court may dispose of the motion summarily." LRCiv 7.2(i). Plaintiff is advised that if he does not file a response to the motion to dismiss (Dkt. #25) by **May 14, 2010**, the Court

will summarily grant the motion. Plaintiff is warned for a second time (*see* Dkt. #21 at 3) that if he fails to prosecute this action, or if he fails to comply with the rules or any Court order, the Court may dismiss the action *with prejudice* pursuant to Rule 41(b) of the Federal Rule of Civil Procedure.

**IT IS ORDERED:**

1. Plaintiff shall have until **May 14, 2010** to file a response to Defendants' motion to dismiss (Dkt. #25).
2. The Court will summarily grant the motion to dismiss if Plaintiff fails to comply with this order.

DATED this 29th day of April, 2010.

_____
David G. Campbell
United States District Judge