**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John R. Quain, | No. CV-09-2365-PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Capstar d/b/a Clear Channel Communications, Inc., | |
| Defendants. | |

Plaintiff owns Silk Purse Records and is the leader of the musical group Citizen Quain. He has been unable to get his music played on a local radio station. He filed suit against Defendants on November 12, 2009. Doc. 1. The second amended complaint asserts breach of contract, misrepresentation, and unjust enrichment claims. Doc. 33. On November 18, 2010, the Court granted Defendants' motion to dismiss (Doc. 35) and the Clerk entered judgment accordingly. Docs. 40, 41.

In an order dated December 29, 2010, the Court awarded Defendants attorneys' fees in the amount of $15,317.50. Doc. 55. Plaintiff has filed a motion for reconsideration of that order. Doc. 56.

Motions for reconsideration "are 'disfavored' and will be granted only upon a showing of 'manifest error' or 'new facts or legal authority that could not have been raised earlier with reasonable diligence.'" *In re Rosson*, 545 F.3d 764, 769 (9th Cir. 2008) (citation and brackets omitted); *see S.E.C. v. Kuipers*, No. 09-36016, 2010 WL 3735788, at *3 (9th Cir. Sept. 21, 2010); LRCiv 7.2(g)(1). Plaintiff does not meet (or even address) this high

1  standard. He cites no new law or fact that occurred after the Court's decision. Instead, he
2  re-urges arguments made in opposition to the motion for attorneys' fees and asks the Court
3  to rethink its analysis. In short, Plaintiff simply disagrees with the order awarding fees. But
4  "[m]ere disagreement with a previous order is an insufficient basis for reconsideration."
5  *Guillen v. Thompson*, No. CV 08-1279-PHX-MHM, 2010 WL 3239419, at *2 (D. Ariz.
6  Aug. 16, 2010); *see Galvan v. Arpaio*, No. CV 10-0125-PHX-GMS (MHB), 2010 WL
7  4511019, at *1 (D. Ariz. Nov. 2, 2010).

8      **IT IS ORDERED** that Plaintiff's motion for reconsideration (Doc. 56) is **denied**.
9      DATED this 2nd day of February, 2011.

_David G. Campbell_
United States District Judge

- 2 -